653

SAUNDERS (WILLIAM), Plaintiff and Respondent, vs. SAUNDERS (GEORGE) and others, Defendants and Respondents: SAUNDERS (FRED), Appellant.

For the appellant: *Wm. Cook,* attorney, and *H. A. Mina-han* of counsel, both of Green Bay.

For the respondent: *Clement W. Dwyer,* attorney, and *Max Strehlow* of counsel, both of Green Bay.

*By the Court.*—Judgment affirmed.

REILLY, Respondent, vs. MILWAUKEE TANK WORKS, Appellant.

For the appellant: *Gold & McCann* of Milwaukee.

For the respondent: *Alexander, Burke & Clark* of Milwaukee.

*By the Court.*—Judgment affirmed.

BRAEUNERT, Executrix of Hulda Derong, Appellant, vs. DERONG, Respondent.

For the appellant: *William F. Shaughnessy,* attorney, and *Douglas J. Mangan* of counsel, both of Milwaukee.

For the respondent: *Adolph G. Schwefel,* attorney, and *Guy S. Conrad* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed without costs. Respondent did not comply with the rule requiring an outline brief to be printed.

FAIRCHILD, J., took no part.